IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANET L. LANDON and JOHN A. LATSCHAR**, individually and as Administrators of the Estate of Aaron Landon Latschar, Deceased, | : CIVIL ACTION NO. 1:21-CV-2055 :<br>: (Judge Conner) : |
| **Plaintiffs** | : |
| v. | : : |
| **SOLUCIONES COSMETICAS SA de CV**, *et al.*, | : : : |
| **Defendants** | : |

## ORDER

AND NOW, this 18th day of January, 2023, upon consideration of the motions (Docs. 75, 77) to dismiss the above-captioned action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) filed by defendants Bunzl Distribution Midatlantic, LLC, and Kennie's Markets, Inc., and further upon consideration of plaintiffs' responsive correspondence (Doc. 79) filed January 12, 2023, wherein plaintiffs concede this court lacks subject matter jurisdiction and state they do not oppose dismissal of the federal action and intend to transfer the matter to the appropriate state court pursuant to 42 PA. CONS. STAT. § 5103(b), it is hereby ORDERED that:

1. Defendants' motions (Docs. 75, 77) to dismiss the above-captioned action for lack of subject matter jurisdiction are GRANTED as unopposed.

2. The above-captioned action is DISMISSED for lack of subject matter jurisdiction.

3. The Clerk of Court shall CLOSE this case.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner
                                                United States District Judge
                                                Middle District of Pennsylvania